# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3622

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Rowland F. Zerba, Jr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: July 28, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

This appeal has been submitted on the briefs. Having considered the record and the parties' submissions in the framework of the single issue certified for appeal, we find no error of law in the district court's ruling that would require reversal. We thus affirm the district court. See 8th Cir. R. 47B.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.